# Third District Court of Appeal
## State of Florida

Opinion filed August 24, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1079
Lower Tribunal No. F94-11235

————————————

**Tracy McLin,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Diana Vizcaino, Judge.

Tracy McLin, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.